UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| AMERIFORGE GROUP, INC., d/b/a AFGLOBAL CORPORATION, | § § § | |
| *Plaintiff* | § § | |
| *versus* | § § | CIVIL ACTION 4:16-CV-00377 |
| FEDERAL INSURANCE COMPANY, | § § § | |
| *Defendant.* | § | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

COMES NOW, Plaintiff Ameriforge Group, Inc., d/b/a AFGlobal Corporation ("AFGlobal"), with the consent of Defendant Federal Insurance Company, and files this Stipulation of Dismissal With Prejudice, pursuant to Rule 41(a)(1)(A)(ii), with each party to bear its own costs.

This Stipulation is signed by both parties to this action.

CERSONSKY, ROSEN & GARCÍA, P.C.

By: */s/ Jacquelyn D. McAnelly*
Jacquelyn D. McAnelly, TBN 24078954
jmcanelly@law-crg.com
Rachel R. Rosen, TBN 17264400
r3rosen@law-crg.com
Jim L. Garcia, TBN 07636700
jgarcia@law-crg.com
1770 St. James Place, Ste. 150
Houston, Texas 77056
Tel: (713) 600-8500
Fax:  (713) 600-8585

**ATTORNEYS FOR PLAINTIFF, AMERIFORGE GROUP INC., D/B/A AFGLOBAL CORPORATION**

1

STRASBURGER & PRICE, LLP

By: /s/ John R. Riddle
John R. Riddle, Attorney-in-charge
Texas State Bar No. 16890020
Southern District of Texas Bar No. 20480
john.riddle@strasburger.com
Toni Scott Reed
Texas State Bar No. 00788376
Southern District of Texas Bar No. 21704
toni.reed@strasburger.com
Carla C. Crapster
Texas State Bar No. 24065094
Southern District of Texas Bar No. 174183
carla.crapster@strasburger.com
Strasburger & Price LLP
901 Main Street Suite 4400
Dallas, Texas 75202

**ATTORNEYS FOR DEFENDANT, FEDERAL
INSURANCE COMPANY**

## CERTIFICATE OF SERVICE

I do hereby certify that on the 6th day of February, 2017, a true and correct copy of the above and foregoing instrument was served on counsel for Defendant, as listed below, via the Court's CM/ECF system.

John R. Riddle
john.riddle@strasburger.com
Toni Scott Reed
toni.Reed@strasburger.com
Carla C. Crapster
carla.crapster@strasburger.com
Strasburger & Price LLP
901 Main Street, Suite 4400
Dallas, Texas 775202

/s/ Jacquelyn D. McAnelly
Jacquelyn D. McAnelly