United States District Court
Southern District of Texas
**ENTERED**
February 06, 2017
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| AMERIFORGE GROUP INC.; dba AFGLOBAL CORPORATION, | § § § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. 4:16-CV-377 |
| | § | |
| FEDERAL INSURANCE COMPANY, | § § | |
| Defendant. | § | |

## ORDER OF DISMISSAL

In accordance with the Stipulation filed on February 6, 2017, it is hereby ORDERED that this action be dismissed with prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

It is so ORDERED. 02/06/2017.

_____
The Honorable Alfred H. Bennett
United States District Judge